**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL PHILLIPS, | ) NO. EDCV 15-1055-VAP (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| STU SHERMAN, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 22, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1